# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Richard E. Hiller
Shuey, Smith, Reynolds
401 Edwards St., 13th Floor
Shreveport LA 71101

## REHEARING ACTION: April 28, 2010

**Docket Number: 09   01093-CA**

**LOUISIANA HEALTH CARE GROUP, INC.**
**VERSUS**
**ALLEGIANCE HEALTH MANAGEMENT, INC., ET AL.**

**Appealed from Lafayette Parish Case No. C-20076693**

**BEFORE JUDGES:**

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Oswald A. Decuir**
   **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Allegiance Health Management, Inc. and Bienville Medical**

**Center, Inc.** has this day been

   **DENIED.**

cc: Gregory David Frost, Counsel for the Appellee
    Eric Landry, Counsel for the Appellee
    Scott Nikolaus Hensgens, Counsel for the Appellee